```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/01/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

                           **Plaintiff,**

-against-                          **21-cv-9391 (ALC)**

BLUE HOSPITALITY LLC D/B/A GRAY HAWK GRILL and 1556 SECOND REALTY ASSOCIATES LLC,

                          **Defendant.**

**ANDREW L. CARTER, JR., United States District Judge:**

        On November 12, 2021, Plaintiff Namel Norris ("Plaintiff") commenced this action, alleging violations of the Americans with Disabilities Act ("ADA"), the New York City Human Rights Law ("NYCHRL") and the New York State Human Rights Law ("NYSHRL") against Blue Hospitality LLC d/b/a Gray Hawk Grill and 1556 Second Realty Associates LLC ("Defendants"). (ECF No. 3.)

        The summonses were returned executed as to Defendants on January 29, 2022. (ECF Nos. 8, 9.) Neither defendant has appeared, Plaintiff has not sought a certificate of default against either defendant, and there has been no action in this case since January 2022.

        Accordingly, on October 6, 2022, the Court ordered Plaintiff to show cause why this action should not be dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b), ordering a response by October 14, 2022. (ECF No. 10.) The Court warned Plaintiff that any failure by Plaintiff to make this showing would result in a dismissal of this case without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). (*Id.*)

        To date, Plaintiff has not responded to the Court's Order nor taken any other action in this case. Accordingly, this action is hereby **DISMISSED WITHOUT PREJUDICE** for failure to

prosecute pursuant to Fed. R. Civ. P. 41(b).  The Clerk of Court is respectfully directed to terminate this case.

**SO ORDERED.**

Dated: November 1, 2022
      New York, New York

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**